Robert A. Anderson, ISB No. 2124
Tracy J. Crane, ISB No. 6830
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:         raanderson@ajhlaw.com
                    tcrane@ajhlaw.com

*Attorneys for Third-Party Defendant Robert Jones Realty, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PINNACLE GREAT PLAINS OPERATING COMPANY, LLC, an Arkansas Limited Liability Company,<br><br>             Plaintiff,<br>vs.<br><br>WYNN DEWSNUP REVOCABLE TRUST; WYNN DEWSNUP, in his individual capacity and as trustee of the Wynn Dewsnup Revocable Trust; 1 Stop REALTY, INC., and DOES INDIVIDUAL/ENTITIES I through XX,<br><br>             Defendants. | Case No. 4:13-CV-00106-EJL-CWD<br><br>**THIRD-PARTY DEFENDANT ROBERT JONES REALTY, INC.'S MOTION TO DISMISS** |
| 1 Stop REALTY, INC., a Minnesota corporation,<br><br>             Third-Party Plaintiff,<br>vs.<br><br>ROBERT JONES REALTY, INC., an Idaho corporation,<br><br>             Third-Party Defendant. | |

THIRD-PARTY DEFENDANT ROBERT JONES REALTY, INC.'S
MOTION TO DISMISS - 1

| |
|---|
| WYNN DEWSNUP REVOCABLE TRUST; WYNN DEWSNUP, in his individual capacity and as trustee of the Wynn Dewsnup Revocable Trust, <br><br>   Cross-Claimants, <br>vs. <br><br>1 Stop REALTY, INC., a Minnesota corporation, <br><br>   Cross-Defendant |

  With this Motion to Dismiss, Third-Party Defendant Robert Jones Realty, Inc. ("RJR") moves the Court to dismiss 1 Stop REALTY, INC.'s ("1 Stop") Third-Party Complaint (Dkt. 37, pp. 6-11), filed against RJR, under Federal Rule of Civil Procedure 12(b)(6) for the reason that the Third-Party Complaint fails to state a claim against RJR.

  1 Stop's Third-Party Complaint names only RJR as a Third-Party Defendant. 1 Stop asserts two causes of action, both arising under the Idaho Real Estate Brokerage Representation Act, IC §§ 54-2082 through 54-2097. In both causes of action, 1 Stop alleges RJR breached duties owed to Pinnacle Great Plains Operating Company, LLC, and is liable to 1 Stop because of the alleged breaches. 1 Stop's causes of action fail as a matter of law because RJR does not owe 1 Stop duties under the Act and is not liable to 1 Stop for alleged breaches of duties owed to Pinnacle. Accordingly, RJR asks the Court to dismiss the Third-Party Complaint under Rule 12(b)(6).

  RJR supports this motion with its *Third-Party Defendant Robert Jones Realty, Inc.'s Memorandum in Support of Motion to Dismiss*, filed contemporaneously herewith.

  Dated this 7th day of May, 2015.

          By: _____
          Tracy J. Crane
          Robert A. Anderson
          Attorneys for Third-Party Defendant

<u>CERTIFICATE OF FILING</u>

I HEREBY CERTIFY that on this 7th day of May, 2015, I filed the foregoing **THIRD-PARTY DEFENDANT ROBERT JONES REALTY, INC.'S MOTION TO DISMISS** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Thomas A. Banducci
Amanda K. Brailsford
tab@andersenbanducci.com
akb@andersenbanducci.com

Patricia M. Olsson
Matthew McGee
Jon A. Stenquist
pmo@moffatt.com
mjm@moffatt.com
jas@moffatt.com

Raymond D. Powers
Portia L. Rauer
rdp@powerstolman.com
plr@powerstolman.com

                    /s/ Tracy J. Crane
                       Tracy J. Crane